UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
**CRISTOPHER DE JESUS, ON BEHALF OF** :
**HIMSELF AND OTHERS SIMILARLY SITUATED,** :
:
*Plaintiff*,   :   1:24-cv-06836 (ALC)
:
-against-   :   **ORDER**
:
**BENGAL TIGER UPSTAIRS INC. D/B/A BENGAL** :
**TIGER, VINOD SHARMA, AND JOHN DOES 1-5,** :
:
*Defendants*.   :
------------------------------------------------------------------- :
x

**ANDREW L. CARTER, JR., District Judge:**

The parties are ordered to file a motion to approve the settlement agreement, attaching the settlement agreement, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

**SO ORDERED.**

**Dated:   January 3, 2025**
**New York, New York**             **ANDREW L. CARTER, JR.**
                                    **United States District Judge**

1