UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
CRISTOPHER DE JESUS, ON BEHALF OF :
HIMSELF AND OTHERS SIMILARLY SITUATED, :
:
                                    *Plaintiff,*          :          1:24-cv-06836 (ALC)
:
            -against-                        :          **ORDER**
:
BENGAL TIGER UPSTAIRS INC. D/B/A BENGAL :
TIGER, VINOD SHARMA, AND JOHN DOES 1-5, :
:
                                    *Defendants.*        :
:
:
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The court schedules a hearing for April 29, 2026, at 3:00pm.  All parties shall appear and

should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).


**SO ORDERED.**

**Dated:      April 23, 2026**
            **New York, New York**            _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**

1