UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CRISTOPHER DE JESUS, ON BEHALF OF   :
HIMSELF AND OTHERS SIMILARLY SITUATED, :
                                          :

                           *Plaintiff*,       :     1:24-cv-06836 (ALC)
                                            :

         -against-                :     **ORDER**
                                            :

BENGAL TIGER UPSTAIRS INC. D/B/A BENGAL  :
TIGER, VINOD SHARMA, AND JOHN DOES 1-5,  :
                                          :

                         *Defendants*.    :
                                          :
                                          :

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      Plaintiff filed the Complaint in this matter on September 10, 2024.  As of May 1, 2026, the Court has not received notice that the Complaint has been served on Defendant.  Fed. R. Civ. P. 4(m) grants Plaintiff 90 days to perfect service on Defendant.  Accordingly, Plaintiff should have served the Complaint by December 9, 2024. In the event of failure to serve by the statutory deadline, 4(m) provides that the Court, "upon motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Accordingly, this case is dismissed without prejudice for failure to serve process pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED.**

**Dated:**     **May 1, 2026**
            **New York, New York**                 _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**

1